**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>DEBORAH L. BOARDMAN<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7810<br>Fax: (410) 962-2577<br>MDD_DLBChambers@mdd.uscourts.gov |

September 7, 2021

**LETTER ORDER**

RE:   *Washington v. Global Tel Link Corp., et al.*
      DLB-20-1932

Dear Counsel and Mr. and Mrs. Washington:

    Please be advised that I have scheduled a telephone conference call for Friday, September 17, 2021 at 9:00 a.m. to discuss the pending notices of intent to file motions to dismiss (ECF 26 and 27). Here is the dial-in information:

Toll-Free Number: (888) 557-8511
Access Code: 1719890

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

Deborah L. Boardman
United States District Judge