# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

KEITH WASHINGTON, *et ux.*,      *

      Plaintiffs,      *

v.      *      Civil Action No. TDC-20-1932

GLOBAL TEL LINK CORP., *et al.*,      *

      Defendants.      *

*    *    *    *    *    *    *    *    *    *    *    *

## DECLARATION UNDER PENALTY OF PERJURY
## OF NANCY PARKHURST

1.    My name is Nancy Parkhurst

2.    I am over 18 years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

3.    I am employed by a subcontractor of Global Tel*Link to serve as Site Administrator for the Maryland Division of Correction at Eastern Correctional Institution ("ECI") at Westover, Maryland.

4.    All non-attorney inmate calls were recorded and monitored under the terms of a Contract between the State of Maryland and Global Tel*Link Corp. at the direction of ECI personnel.

5.    At the bank of telephones provided for inmate use at HU 5 A tier of ECI, where Keith A. Washington was housed, is a sign that reads, in both English and Spanish: " **NOTICE** ALL PHONE CALLS MAY BE MONITORED AND RECORDED." Exhibit 5 to Defendants' Motion to Dismiss or, In the Alternative, for Summary Judgment is a photograph that fairly depicts that sign.

6.    All telephone calls initiated by inmates at ECI through Global Tel*Link equipment in 2017 had a recording that advised both the caller and the recipient of the call that the call was being recorded and monitored.

7.    Specifically, the recording at the initiation of the call advised the inmate placing the call as follows:

This call will be recorded and monitored.
Press 1 for English.  Marque el numero 2 para Espanol.
To make a collect call, dial 0 plus the area code and number.
To make a debit call, dial 1 plus the area code and number.
To make an international debit call, dial 011 plus country code and number.
To hear your debit balance, dial 118.
To auto-enroll your allowed list, dial 114.
Please enter your 7-digit SID number at the tone:

_____.
Please clearly state your first and last name after the tone: _____.
Please enter your 4-digit private code after the beep: _____.
Thank you for using Global Tel*Link, your call is being processed.

8.    The recording advised the recipient of the call as follows:

You have a prepaid call.  You will not be charged for this call.  This call is from [inmate's recorded name], an inmate at a Maryland correctional facility.  This call will be recorded and monitored.
If you wish to block any future calls of this nature, dial 7 now.
To accept this call, press 0 now.
To decline this call, hang up.

9.    If the inmate terminates the call after the recorded advice or if the recipient declines to accept the call after the recorded advice, there is nothing to monitor or record.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Date: September 28, 2021                    _Nancy Parkhurst_
                                            Nancy Parkhurst