# EXHIBIT 2

# DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES



## EASTERN CORRECTIONAL INSTITUTION
## EAST & WEST COMPOUNDS

# INMATE ORIENTATION HANDBOOK

**REVISED:**     **December 15, 2017**

ECI Inmate Orientation Handbook East West

## INTRODUCTION

The Eastern Correctional Institution (ECI) medium compound is located in Somerset County, Maryland. The ECI Annex, a minimum-security facility and is also part of the ECI complex.

The medium security facility is divided into East and West compounds serving 2,840 inmates. The institution is designed to provide a secure, safe, healthful, smoke-free environment and freedom from corporal punishment, injury, personal and mental abuse, harassment, sexual assault, and manipulation. At the same time ECI provides programs that allow you opportunity for self-change prior to your release or transfer to a facility of lesser security. All inmates have equal access to programs, services, and activities without regard to race, religion, national origin, sex, disability, or political beliefs.

This manual gives you a brief introduction to the services, activities and programs that are available to you. More details can be found in the library in the directives that cover each area. The numbers of those directives are listed after the title of the sections in this manual. The manual also contains rules, regulations and procedures to be followed while you are incarcerated at ECI. It is important for you to read them. Understanding and following these policies is necessary for your adjustment to living within this institutional community. Copies of this manual may be found in the inmate library and in each Housing Unit.

If there is anything you do not understand, please ask any officer or staff member.

| | |
|---|---|
| **Ricky Foxwell** | **12/15/17** |
| **Warden** | **Date** |

## TABLE OF CONTENTS

**INTRODUCTION**

**I.**  **GENERAL INFORMATION**
 A. Inmate Control Over Other Inmates 4
 B. Inmate Movement & Passes 4
 C. Legal Services 4

**II.**  **INSTITUTIONAL LIVING**
 A. Access To News Media 4
 B. Adjustment Process & Rules 4
 C. CDS/Alcohol Testing 4
 D. Commissary 5
 E. Contraband 5
 F. Dining Room 5
 G. Fire Safety & Emergency Evacuation 5
 H. Haircutting Procedures 5
 I. Hazardous/Toxic Materials 5
 J. Housing Unit 6
 K. Inmate Contact With Institutional Staff 6
 L. Inmate Funds 6
 M. Lacto-Ovo Vegetarian Diet 7
 N. Mail 7
 O. Packages/Catalog Orders 7
 P. Personal Property, Valuables & Clothing 7
 Q. Recreation 8
 R. Religion 8
 S. Search Policy 8
 T. Telephone Procedures 8
 U. Temporary Custody At Other Institutions 9
 V. Visiting Schedule & Procedures 9

**III.**  **PROGRAMS AND SERVICES**
 A. Case Management 9
 B. Cognitive Behavior Program 10
 C. Breaking Bad Habits 10
 D. Commitment 10
 E. Educational Offerings 10
 F. Health Care and Psychology Services 10
 G. Honor Tier 10
 H. Inmate Activity Council (IAC) 10
 I. Inmate Remedies and Grievances 10
 J. Library Services 11
 K. Maryland Correctional Enterprises 11
 L. Parole Process 11
 M. Prison Rape Elimination Act 11
 N. Addictions Programs 11
 O. Social Work Services 11
 P. Volunteer Activities 11
 Q. America's VetDogs 12

Pertinent Names and Addresses 13
Inmate Rule Violation Summary COMAR 12.02.27.04 14
Minor Rules 17
Allowable Inmate Property List 22
MRSA Fact Sheet 26
Visitor Change List & Telephone Dialing Instructions Attached

ECI Inmate Orientation Handbook East West

# I.   General Information

Eastern Correctional Institution is located at 30420 Revells Neck Road, Westover, MD 21890, at the 16-mile marker off US Rt. 13 South; phone 410-845-4000.  Up-to-date public transportation information is posted in your Housing Unit and in the Lobby for your visitors.

## A.   Inmate Control Over Other Inmates

Inmates may show others how to carry out tasks in the dietary, maintenance or other departments.  Only staff members may supervise control or have authority over inmates.

## B.   Inmate Movement and Passes      ECI.110.0012. and ECI.130.0100

Movement within the institution is closely monitored and controlled for safety, accountability and orderliness.  Mass movement is by tier or Housing Unit to such events as meals, courtyard and some job assignments.  Individual movement is by a pass system.  If you wish to go to church services or self-help groups, you must have your name put on a pass list and you will be issued a pass to go to that function.

**Cell Restriction:**  Cell restriction is the result of an informal or formal disposition of a notice of infraction.  On cell restriction, you are only allowed to go to meals, work/school, commissary for hygiene items only, showers, sick call, medical appointments, church services (not studies), visits, classification hearings, and interviews with your counselor.

**Bed Rest:**  When the medical department sends out the Sick Call list you are placed on bed rest for the entire day.  Your activities are restricted while you are on bed rest.

## C.   Legal Services

You may have uncensored and unlimited mailing privileges to the Governor, Attorney General, courts, attorneys, police agencies, and court commissioners.  If you have a legal problem, your counselor or librarian aren't attorneys but can guide you in getting help.

You are allowed to have law books or legal materials as long as you follow institutional rules about space, fire, safety, and security.  Another inmate can help you prepare legal material.  The institutional library has books available for reference.

# II.   Institutional Living

## A.   Access to News Media

There are occasions when an inmate or the media may request contact.  You may contact the media by using regular telephone privileges.  Contact with the media will not be prohibited unless it presents a direct threat to the order and discipline of the institution.  You must consent in writing to be interviewed and/or have your picture taken.

## B.   Adjustment Process & Rules      COMAR Title 12 DPSCS Chapter 27, Inmate Discipline

Upon your admission to DPSCS in Baltimore or ECI, you were given an Inmate Handbook that describes the Adjustment process and lists the major rules of behavior.  In addition, there are rules of behavior at ECI that are considered minor.  A copy of these rules is attached.  It is your responsibility to know these rules and follow them.

## C.   CDS / Alcohol Testing      OPS.110.0015

CDS, alcohol and other unauthorized substances will not be allowed in the institution at any time and will be confiscated.  You are subject to testing to detect usage of alcohol or drugs at any

ECI Inmate Orientation Handbook East West

time.  Refusal to submit to drug or alcohol testing will result in disciplinary action.

**D.**     **Commissary**          **DOC 175 Series**

The Commissary is operated on non-cash, pay-as-you-go basis only.  Personal hygiene items and a variety of snacks are available for purchase.  The Commissary is open every week of the year.  Each Housing Unit is assigned a designated day for you to shop.  Commissary hours and price lists are updated regularly and are available in the Housing Units.  Your Housing Unit officer can tell you the maximum amount you can spend in one week.  ECI provides Welfare Commissary (hygiene items, writing materials, etc.) to inmates identified as indigent.

**E.**     **Contraband**          **OPS.105.0001 Contraband – Criminal Violations**

Contraband is anything that is not authorized for you to have in your possession.  It may be an alcoholic beverage, CDS, a weapon, any kind of telephone including cellular, digital, or picture, or any part of anything that is used to transmit communications regardless of whether the part itself is able to transmit.  It is against Maryland State law for you to have contraband or for anyone to try to deliver contraband to you.   It is punishable by up to ten years in prison or $5,000 fine, or both.

It is your responsibility to notify all visitors on your visitor list of the contraband law and the punishment for delivering or attempting to deliver unauthorized items to you.

**F.**     **Dining Room**

All meals are served in the main dining room.  If you are on special status such as bed rest or segregation, you will eat in your cell.  Your Housing Unit will announce meal times.  Correctional Officers control all movement (entrance, seating & exiting).  You must carry your own tray, plastic ware, etc. at all times.  One piece of fresh fruit may be taken from the dining room.  Lacto-Ovo diets eat first on the north line and medical prescribed diets eat first on the south line, followed by inmates on regular diets on both lines.  You must show your ID when entering the dining room and remove your headgear.  Your headgear may not be put back on until you are out of the dining room.

**G.**     **Fire Safety & Emergency Evacuation**

The institution has emergency plans for fires, natural disaster, civil defense, power outage, and other emergencies.  Generally, you will be told to stay away from windows or doorways or go to a safer, more secure location.  Look at the posted evacuation routes in all areas so that you will know how to react in an emergency situation.   You must quickly and quietly follow the instructions given to you by staff.  Drills will be held to help familiarize you with the evacuation procedure.

**H.**     **Haircutting Procedures**

You will have the opportunity to have your hair cut by inmate barbers.  The schedule for barber services is available in the Housing Units and posted in the library and dining hall.

**I.**     **Hazardous / Toxic Materials**          **ECI.080.0004**

We will provide you with guidelines on how to use various toxic chemicals within the facility.  Toxic materials can include anything from soap detergent to a highly concentrated acid.
This facility maintains data sheets on each substance, the purpose for its use, the proper handling, and what measures to take in case of an emergency.  Inmates working with chemical substances should notify their immediate supervisor with any questions.

ECI Inmate Orientation Handbook East West

**J.     Housing Units**

You may be assigned to one of nine Housing Units while at ECI.

1.    Housing Units 1, 2, 3, 6, 7, & 8 house general population inmates.
2.    Housing Unit Four houses inmates on Disciplinary and Administrative Segregation.
3.    Housing Unit Five houses Disciplinary and Administrative Segregation, Protective Custody, and general population inmates.
4.    Housing Unit Eight houses special needs inmates.
5.    Unit 9 is a Medical Ward unit.

Washing machines and dryers are located on each tier in the Housing Units for washing your personal clothing. Each tier has an inmate assigned as laundry worker. No one is allowed to use the washer/dryer other than the laundry man. A schedule is posted in the Housing Unit so you can have your dirty laundry ready when the laundry man gets to your cell. He will wash and dry your personal clothing and tell you when it is ready to be picked up. Irons & ironing boards are available during recreation periods for use in your cell only.

No sheets, blankets or other bedding can be washed in the tier washing machines. You will have the opportunity to exchange your linens for clean linens once a week.

### FURNITURE PLACEMENT IN CELLS



**K.     Inmate Contact with Institutional Staff**

You are not permitted to contact staff members during non-working hours. If you do, or try to, it shall result in disciplinary action.

**L.     Inmate Funds          DOC and ECI 245 Series**

All inmate accounts are maintained at the Eastern Correctional Institution accounting office. You can withdraw money from your account for the commissary, outside purchases, donations to charity, child support/restitution, deposits to savings accounts, or to send money to someone outside the institution. You cannot transfer money to another inmate at ECI. Whenever you

ECI Inmate Orientation Handbook East West

want to withdraw money from your account, either for personal use or to mail outside, you must complete a Money Voucher that you can get from your Housing Unit officer. Follow the directions carefully, making sure to write as neatly as possible. Money vouchers that are incomplete or poorly written shall not be processed. If you are sending money out of the institution, you must fill out the money voucher with a specific purpose or reason, include a stamped, properly addressed envelope with the request and give it to your tier officer.

You will get a receipt for inmate pay and money orders deposited in your account.

Only you can get information about your account. If you want to ask about your account balance, submit a request to Inmate Accounts. It takes about ten working days for your money to be transferred from a previous institution. If the money does not transfer to ECI on time, contact Inmate Accounts and ask for help.

A cash receipt in the amount of $250 or more shall be placed into an automatic hold\reserve fund for thirty (30) calendar days. The hold receipt shall be automatically released into the inmate's spending account on the Saturday after the hold procedure has been in effect for thirty (30) days.

**M.**    **Lacto Ovo Vegetarian Diet**         **ECI.130.0400**

Two meal plans are available: the regular diet and the Lacto-Ovo Vegetarian diet. You may select either plan unless you are on a prescribed medical diet. Menus and schedules are posted on the bulletin boards. Requests for medical special diets must be submitted to the Medical Department for approval. Religious diets are provided for inmates of commonly recognized faiths with the approval of the Warden and the Chaplain.

**N.**    **Mail**         **OPS.250.0001, ECI.250.0001**

You are free to correspond by letter as often as you like. All incoming mail must bear your committed name, DOC number and a full return address. Mail not following this procedure will be returned to the sender or the U.S. Post Office as undeliverable. Non-allowable items received in the mail will be returned to the sender. Cashier checks, certified checks and money orders intended for you must be made out to Eastern Correctional Institution with your committed name and DOC number in the lower left hand corner. All items not following this procedure shall be returned to the sender at your expense.

Upon your release at the end of your term you can submit an ECI Request Slip to the Mailroom requesting your mail be forwarded to another address. Upon transfer to another facility your mail will automatically be forwarded to that facility.

**O.**    **Packages / Catalog Orders**         **DOC.220.007, ECI.220.0007**

You may receive regular packages twice a year directly from a catalog company. The facility Property Officer can give you directions and answer questions about packages and catalog orders.

**P.**    **Personal Property, Valuables & Clothing**         **OPS.220.0004, DOC and ECI 220 Series**

An allowable property list is attached at the end of this manual. You can have the personal property listed. Items that are not authorized, as well as allowable items in excess of authorized limits are considered contraband. Contraband will be taken and disposed of. The institution will give you items that you need, including clothing. In addition, you shall be issued bedding and linen. You are allowed two sheets, one pillowcase, one pillow, one mattress, blankets (as issued seasonally), one bed, and one locker. You are responsible for securing your locker and cell door anytime you are out of your cell. Cell furniture cannot be rearranged. You may not

ECI Inmate Orientation Handbook East West

trade, sell, give away, or loan any property to another inmate.

**Q.** **Recreation** **DOC and ECI 145 Series**

We have a recreation program with planned activities year round. The program includes sports like softball, basketball, soccer, weight lifting, and handball.

General population Housing Units have a recreation hall on each tier for table games, watching TV, and to spend free time outside of your cell. There are six showers available for at least one 15-minute shower daily during all scheduled recreation periods.

**R.** **Religion** **DCM 140-001 Religious Manual**

You are permitted to practice the approved religion of your choice as long as institutional security is not affected. If you did not specify a religious preference at the time of intake you may do so at anytime. If you wish to change from one denomination to another you may do so at specified times. Correctional staff will monitor religious services. A monthly schedule will be posted in the library and dining hall with information concerning the times and places for religious services. The Chaplain is available to address matters such as religious preference, marriage, name changes, pastoral counseling, etc.

**S.** **Search Policy**

Searches are required to control contraband and weapons. Inspections are conducted in the unit and around the grounds and the staff can search you, your locker, bed, and living area at any time. You are responsible for any contraband found in any of these areas. You can be present during a search but are not required to be. We will try to prevent any damage, abuse or loss of your property. Any and all items can be confiscated for investigative reasons during a search or pack-up.

Only male correctional officers will conduct strip searches except in emergency situations. Male or female correctional officers can perform frisk searches. These searches will be conducted in a manner that avoids unnecessary force, embarrassment, or indignity to you.

Contraband may be, but is not limited to:

1. Any articles or items not allowed by the institution.
2. Excessive allowable property.
3. Screwdrivers, scissors or any instruments that could be used as weapons.
4. Any type of gambling paraphernalia.
5. Any specific items designated as contraband by the institution.

Maryland's Criminal Law provides penalties of imprisonment for up to ten years, a fine not exceeding $5,000, or both, to a person who provides or attempts to provide, to an inmate, any prohibited object or assists in an escape. Prohibited objects include, but are not limited to, firearms, ammunition, drugs, tobacco products, smoking materials, alcoholic beverages, and cell phones. Whoever receives any such item(s) is subject to the same penalties.

**T.** **Telephone Procedures**

All telephone calls must be pre-paid or collect. **Any telephone call that you make or receive in any State correctional facility may be intercepted, recorded, monitored, or divulged.** The only exception is properly placed telephone calls to or from your attorney.

The Inmate Telephone System is supplied by GTL Technologies. Inmate Telephone Dialing Instructions are attached to this Handbook.

ECI Inmate Orientation Handbook East West

**U.  Temporary Custody at another Institution**

At times, you may need to be temporarily housed at another institution.  If you are going for an overnight stay, you may take authorized medication and only legal materials necessary for administrative or court proceedings that you can carry.  The receiving institution will give you necessary hygiene items.

**V.  Visiting Schedule and Procedures        OPS.195.0003 Inmate Visits**

Visiting hours for the East and West compounds are as follows:

| Friday, Saturday, and Sunday | 8:30 a.m. - 2:30 p.m. |
|---|---|

Visitors must be registered one hour before the closing of the visiting room.  Each general population inmate is allowed a maximum of two visits per week.  Visits may be no longer than two hours and are limited to a maximum of two visits per day if seating space is available and schedule permits.  Honor Tier inmates can have one extra visit per month as long as the visit does not exceed the maximum of two visits per day.

The visiting time begins when the visitor is seated in the visiting room.  A maximum of five visitors are allowed to visit you at one time with no more than three adults or no more than three children in the group of five.

Children visiting you must be an immediate family member of you or the visitor, and must be accompanied by an adult 18 years of age or older.  Religious visitors approved by the institutional chaplain must be on your visiting list but do not count as one of your visits.  Attorneys, legal assistants or representatives need not be on your visiting list.  They may visit you anytime provided their request is made 24 hours in advance to Case Management.  Legal Assistants may not be a member of your family or ever have been on your visiting list.  Visitors are expected to dress in a non-provocative fashion in keeping with good taste.  Visitors' dress must be appropriate for a place of business.  All clothing must cover from the neck to the knees – no V-neck or scoop neck tops.  Everyone must wear sleeves – no halter or tank tops.  A more detailed listing of prohibited clothing is in **OPS.195.0003**.  You and your visitors are not allowed to bring anything to the visiting room and visitors cannot bring any items to the institution for delivery to you.  Special visits can be arranged through the Chaplain or your counselor.

You are allowed 15 visitors' names on your visiting list, not counting children.  Visitors 16 and older need to have a current DMV issued drivers' license, age of majority card, school ID, or military ID and must be on your visiting list.  To make your initial visiting card, submit the names, full address and relationship on the attached Inmate Visitor Change List to the Visitors Registration Officer within ten days of your arrival at ECI.  You can make changes to your visiting list on the East compound – the first seven days of odd months; and on the West compound – the first seven days of even months.

**III.  Programs and Services**

**A.  Case Management        DOC.100.0002, ECI.100.0001**

You have been assigned to a counselor who will meet with you for initial review and to determine what programs you may be eligible for. You can be referred to programs like school, addictions, cognitive programs such as Thinking, Deciding, Changing (TDC), employment readiness workshop, etc. Classification related matters will be explained to you and your case, institutional adjustment, etc., will be reviewed. Any time you need to see your counselor, submit an inmate request slip.

You may submit a request to review your case record to the Warden for approval.

ECI Inmate Orientation Handbook East West

**B.      Cognitive Behavior Program**

The Cognitive Behavior Program will help you change negative thinking patterns.  It takes place on a tier with other cognitive program inmates and staff who have special training.  If you are interested in joining the program, please write to the psychology department.

**C.      Breaking Bad Habits**

What is the BBH Program?  BBH stands for Breaking Bad Habits and Building Balanced Health.  It is a therapeutic community focused on addiction treatment which is in Housing Unit 3, B Tier.  The program uses a team approach involving treatment staff, case management, custody and inmate peer support to provide a treatment friendly environment.  The treatment is designed to aid in addiction and trauma recovery and help participants develop pro-social (non-criminal) thinking skills.

**D.      Commitment          DCM 90 Series**

Questions about sentencing information should be sent to your counselor.  These questions will be sent to the Commitment office and you will get an answer from them.  Credits are applied toward your diminution of confinement by the Commitment Department, not Case Management.

**E.      Educational Offerings        DOC and ECI 135 series**

Educational and vocational programs will be offered through the Maryland State Department of Education.  Educational needs will be addressed at your initial classification.

**F.      Health Care and Psychology Services        Clinical Services – Medical Health Services Manuals, DPSCS 124 Series**

Health care staff are employed at this institution full time.  If you need to go to sick call or dental, you should complete a Sick Call Request / Encounter Form indicating your name, commitment number, cell location, and reason for the request.  This slip should be placed in the Sick Call box located in the inmate dining hall.  All inmates submitting a Sick Call Encounter form will be placed on bed rest for 24 hours.  Inmates are required to pay a $2 co-payment, which will be taken out of your account, for each initial sick call visit that you request.  You will not be denied access to medical care because of an inability to make the required co-payment.  Complaints regarding health care services can be directed to the Medical Department by completing a request slip or you may use the Administrative Remedy Procedure described in the previous paragraph.

**G.      Honor Tier          ECI.230.0004**

If you quality, you have the opportunity to earn Honor Tier status in certain general population Housing Units.  Inmates living on Honor Tiers have extra recreation, visiting and out-of-unit privileges.

**H.      Inmate Activity Council      ECI.170.0005**

The Inmate Activity Council (IAC) at ECI provides a way for communication between the inmate population and administration of the institution.  This council is made up of representatives appointed by staff and the inmate population.  The group meets regularly to discuss issues that affect the entire population and meets with the Warden or designee on an as-needed basis to discuss programs, proposals, problems, etc.  You are encouraged to get to know your IAC tier and Housing Unit representatives to the council.

**I.      Inmate Remedies and Grievances        DOC 180 and 185 Series**

ECI Inmate Orientation Handbook East West

You are encouraged to settle any complaint on an informal basis with the person you have the problem with. If that doesn't work, you may file a formal Request for Administrative Remedy, which you can get from the inmate library, a Housing Unit officer or from your assigned counselor. You may file a complaint about many issues except: classification recommendations and decisions, Maryland Parole Commission procedures and decisions, disciplinary hearing procedures and decisions, and appeals of decisions to withhold mail. Grievances may be filed with the Inmate Grievance Office concerning claims of discrimination, denial of access to courts, abuse or corporal punishment, denial of basic medical or dental care, denial of the right to practice religion, or complaints on adjustment hearing results.

**J.    Library Services      DOC.135.0002, ECI.135.0002**

The library is located in the Education Department and is under the direction of a full-time librarian who establishes all schedules. Each Housing Unit has a scheduled library day each week. Segregation inmates have library services brought to them on a regular basis.

**K.    Maryland Correctional Enterprises      DOC.150.0001, ECI.150.0001**

Maryland Correctional Enterprises has three shops available at ECI: Textiles and Furniture Restoration. The shops offer goods and services to State agencies and other interested parties. Training opportunities are offered to qualified inmates.

**L.    Parole Process      DOC.100.0011**

The Maryland Parole Commission schedules and hears cases for parole release and revocation, issues warrants for alleged parole violators, and can revoke parole. Prior to a hearing you will be given the opportunity to review your parole file and pre-parole summary. You may dispute any information you think is wrong and may affect the outcome of your hearing. The DOC Handbook you were given at MRDCC gives additional information concerning parole and you may ask your counselor about parole eligibility.

**M.    Prison Rape Elimination Act      OPS.200.0005, ECI.050.0001 Sexual Misconduct – Prohibited**

Eastern Correctional Institution has a policy of zero tolerance for sexual assault/rape in the institution. This may involve threats of sexual attack or any physical sexual contact, from unwelcome sexual touching to forcible rape. If you have been the victim of any incident of sexual assault/threat or rape, report it to any institutional staff member immediately or call the Life Crisis Hotline # 410-585-3177 (PREA Hotline). Medical care, counseling, and housing changes will be provided as needed. Counseling will be provided by the Psychology Department and / or the Social Work Department. The attacker will be subject to institutional and criminal prosecution.

**N.    Addictions Programs**

The Addiction Services Department provides assessment and treatment for individuals with substance abuse problems who meet certain criteria. To receive these services, a person must first be referred by their classification case management specialist.

**O.    Social Work Programs**

The Social Work Services Department provides a range of cognitive treatment groups to improve thinking skills and social skills. To receive these services, a person must first be referred by their classification case management specialist.

**P.    Volunteer Activities      Volunteer Program Administrative Manual, ECI.170.0005**

ECI Inmate Orientation Handbook East West

A variety of inmate organizations and activities exist at ECI.  Self-help groups include AA (Alcoholics Anonymous) and NA (Narcotics Anonymous).  Activity groups Alternative Directions, Veterans groups, Jaycees, and personal interest groups like band, chess club, guitar practice, and holiday card workshops.  Contact the Volunteer Activities Coordinator for more information.

**Q.   America's VetDogs Program        ECI.170.0003**

America's VetDogs is a non-profit organization that trains service dogs to assist disabled veterans. Inmates at ECI work as dog handlers to train these specially bred dogs to assist veterans. Contact the Volunteer Activities Coordinator for more information.

## EASTERN CORRECTIONAL INSTITUTION
### Pertinent Names And Addresses

Eastern Correctional Institution
30420 Revells Neck Road
Westover, Maryland 21890

Commissioner of Corrections
6776 Reisterstown Road, Suite 311
Baltimore, Maryland 21215-2342

Public Defender System -- Inmate Services Division
300 West Preston Street, Room 213
Baltimore, Maryland 21201

Legal Aid Bureau
Prisoners' Assistance Project
500 East Lexington Street
Baltimore, Maryland 21202

Life Crisis 410-585-3177 (PREA Hotline)

Secretary of Public Safety & Corrections
300 East Joppa Road, Suite 1000
Towson, Maryland 21286

Chairman, Maryland Parole Commission
6776 Reisterstown Road, Suite 307
Baltimore, Maryland 21215

Inmate Grievance Office
115 Sudbrook Lane, Suite 200
Pikesville, Maryland 21208-3878

Prisoner Rights Information System of Maryland,
Inc. (P.R.I.S.M.)
100 Church Alley
Chestertown, MD 21620

### STATE COURTS

Court of Appeals of Maryland
Court of Appeals Building
Annapolis, Maryland 21401

Court of Special Appeals
361 Rowe Boulevard
Annapolis, Maryland 21401

Circuit Court for Baltimore City
111 North Calvert Street
Baltimore, Maryland 21202

District Court of Baltimore City
5800 Wabash Avenue
Baltimore, Maryland 21215

### FEDERAL COURTS

U.S. District Court/Maryland Office
101 West Lombard Street, 8th Floor
Baltimore, Maryland 21201

For the address of other Public Safety agencies or State courts, you may contact the inmate library or your counselor.

# Inmate Rule Violation Summary

### COMAR 12.02.27.04

A. Category of Inmate Rule Violations.

(1) The category for a rule violation is determined by the severity of offense.

(2) The categories of rule violations are organized by the level of severity as follows:

(a) Category I — most severe;

(b) Category II;

(c) Category III;

(d) Category IV; and

(e) Category V — least severe.

B. Category I Inmate Rule Violations. An inmate may not:

(1) 100 — Engage in a disruptive act;

(2) 101 — Commit assault or battery on staff;

(3) 102 — Commit assault or battery on an inmate;

(4) 103 — Commit assault or battery on a person who is neither staff or an inmate, be involved in any manner with taking a hostage, or be involved in any manner with the willful killing of another person;

(5) 104 — Use intimidating, coercive, or threatening language;

(6) 105 — Possess, use, or manufacture a weapon;

(7) 106 — Escape when assigned maximum or medium security status;

(8) 107 — Escape when assigned minimum security status;

(9) 108 — Escape when assigned pre-release security status;

(10) 109 — Escape while in the community;

(11) 110 — Possess an implement or article that may be used in an escape;

(12) 111 — Possess or use an unauthorized medication, drug, or substance identified as an intoxicant, excluding alcohol and a controlled dangerous substance from this rule violation;

(13) 112 — Possess or use a drug or controlled dangerous substance;

(14) 113 — Possess or use paraphernalia that may be for the use of an intoxicant, drug, or controlled dangerous substance;

(15) 114 — Possess a controlled dangerous substance, intoxicant, drug, or alcohol in sufficient quantity or packaging materials that suggests an intent to distribute or distribution;

(16) 115 — Refuse or fail to provide a required volume of urine necessary for urinalysis testing or provide a diluted or adulterated urine sample;

(17) 116 — Possess, misuse, tamper with, damage, or destroy security equipment or property, detection equipment, or fire suppression equipment or alarm;

(18) 117 — In any manner, arrange, commit, perform, or engage in a sexual act;

(19) 118 — Make application for, obtain, possess articles or materials for the use of, or use an unauthorized financial account; possess currency in a facility where currency is not permitted; or possess currency in an amount that is greater than fifty dollars in excess of the authorized amount specified by the rules of a facility in which an inmate is permitted to possess currency;

(20) 119 — In any manner, commit, perform, or engage in an act of indecent exposure or masturbation;

(21) 120 — Disobey a specifically cited facility Category I rule not listed in this regulation as a rule violation;

(22) 121 — Possess tobacco in sufficient quantity or the materials necessary for packaging tobacco, or other related products that suggests an intent to distribute or distribution; or

(23) 122 — Possess a telecommunication device, SIM card, battery charger, carry case, or other device or article identified with a telecommunication device.

C. Category II Inmate Rule Violations. An inmate may not:

(1) 200 — Vacant;

(2) 201 — Refuse to participate in or engage in behavior that results in removal from the mandatory remediation Regimented Offender Treatment Center program;

(3) 202 — Refuse to participate in or engage in behavior that results in removal from the mandatory Residential Substance Abuse Treatment Program;

(4) 203 — Refuse to participate in or engage in behavior that results in removal from the mandatory education program;

(5) 204 — Refuse to participate in or engage in behavior that results in removal from a mandatory remediation program not cited in the rule violations of this regulation;

(6) 205 — Refuse a required medical examination or test or deoxyribonucleic acid (DNA) sampling collection; or

(7) 206 — Disobey a specifically cited facility Category II rule not listed in this regulation as a rule violation.

D. Category III Inmate Rule Violations. An inmate may not:

(1) 300 — Administer or receive a tattoo or possess tattoo paraphernalia;

(2) 301 — Possess or use alcohol without authorization;

(3) 302 — Possess equipment, material, or paraphernalia that may be used for manufacturing alcohol;

(4) 303 — Refuse to submit to alcohol detection testing;

(5) 304 — Possess, use, hoard, or accumulate medication without authorization;

(6) 305 — Violate a law, statute, ordinance, or postal law;

(7) 306 — Gamble or possess gambling paraphernalia;

(8) 307 — Commit an act of extortion, bribery, or coercion;

(9) 308 — Steal State property or possess State property identified as stolen;

(10) 309 — Steal the property of an individual or possess property of an individual identified as stolen;

(11) 310 — Violate a rule of a Department or Division of Correction program or directive that is not listed as a rule violation in this regulation;

(12) 311 — Possess currency in an amount that is greater than $20 but does not exceed $50 in excess of the authorized amount specified by the rules of a facility in which an inmate is permitted to possess currency;

(13) 312 — Interfere with or resist the performance of staff duties to include a search of a person, item, area, or location; or

(14) 313 — Disobey a specifically cited facility Category III rule not listed in this regulation as a rule violation.

E. Category IV Inmate Rule Violations. An inmate may not:

(1) 400 — Disobey an order;

(2) 401 — Refuse to work, carry out an assignment, or accept a housing assignment;

(3) 402 — Be in a location without authorization; leave an assigned location without authorization; be absent from or late reporting to an assigned location without authorization; loiter or linger in a location without authorization; or refuse or fail to obey or follow an order or a rule, policy, or procedure for inmate facility movement or inmate travel outside of a facility;

(4) 403 — Provide false information or alter, misrepresent, or forge a document;

(5) 404 — Possess currency in an amount that does not exceed $20 in access of the authorized amount specified by the rules of a facility in which an inmate is permitted to possess currency;

(6) 405 — Demonstrate disrespect or use vulgar language;

(7) 406 — Possess or pass contraband;

(8) 407 — Perform an unauthorized personal service or conduct an unauthorized business;

(9) 408 — Misuse, alter, tamper with, damage, or destroy State property or property of another;

(10) 409 — Use a telephone without authorization, make a telephone call without authorization, call for a purpose not authorized, or be involved with an unauthorized three way telephone call;

(11) 410 — Disobey a specifically cited facility Category IV rule not listed in this regulation as a rule violation; or

(12) 411 — Possess tobacco in a limited quantity that may suggest personal use and there is no other evidence to suggest an intent to distribute or distribution.

F. Category V Inmate Rule Violations. An inmate may not:

(1) 500 — Fail to possess or properly display, as directed by the rules of the facility, a required inmate identification badge;

(2) 501 — Engage in reckless behavior or horseplay;

(3) 502 — Fail to maintain:

(a) Personal cleanliness;

(b) The cleanliness of the facility and assigned housing area; or

(c) The cleanliness of an area outside the facility; or

(4) 503 — Disobey a specifically cited facility Category V rule not listed in this regulation as a rule violation.

EASTERN CORRECTIONAL INSTITUTION
**Minor Rules for Medium Security (East / West)**

I.  The following Minor Rules are applicable to ECI.  Any violation of these rules may subject you to a Notice of Infraction and / or Disciplinary Procedures.

503 – 01    Obey All Rules

(1)  All inmates shall read and obey all rules written and verbal given by all employees or agents of the Department of Public Safety and Correctional Services  These rules include Minor Rules and Regulations per COMAR Title 12 DPSCS Chapter 27, Inmate Discipline.

(2)  All inmates shall obey all verbal orders and commands given by DPSCS Staff, and shall obey the rules listed below.

503 – 02    General Movement in Any Area of the Institution

(1)  If an inmate's access to his destination is denied / delayed (i.e., the tier slider is closed preventing access to the cells), the inmate is to stand quietly and wait.

(2)  Inmates shall stay on the sidewalk at all times; no running.

(3)  Inmates must be properly dressed at all times.  All clothing must be clean.

(a)  Pants must be worn around the waist and not around the buttocks.
(b)  Trousers must be worn with pant legs rolled down to the top of the foot.
(c)  Shirts with collars must be worn with collars down.
(d)  Log sleeve shirts must be worn with sleeves pulled down and buttoned (if applicable).  No sleeves should be rolled or folded up.
(e)  Shirts must be worn during movement between the cell / day room and while on the compound.
(f)  Any shirt that is six inches below the natural waist must be tucked inside the pants.
(e)  Inmates may not wear hats other than authorized religious headgear inside any area.  Hats with brims shall be worn with the brim facing forward.  No homemade headgear is permitted.
(f)  Inmates may not wear sunglasses inside any area.

(4)  ID cards shall be carried in the inmate's possession at all times and displayed above the waist.

(5)  Inmates shall not block any thoroughfare, hallway, or stairway at any time.

(6)  Inmates shall not litter at any time, anywhere in the institution.  All trash shall be placed in appropriate trash receptacles.

(7)  There shall be no display or use of gang signs, signals, colors, paraphernalia, greetings, and / or handshakes at any time, in any area of the institution.

(8)  Inmates are required to wear authorized clothing when outside the Housing Unit, with the exception of gym / courtyard where shorts or sweat suits may be worn.

(9)  Inmates are prohibited from possessing and/or wearing any black, dark blue, light blue, predominantly dark colored garments, orange, khaki, dark brown, or clothing made from camouflaged material.

(10)  When waiting in line for pills during Pill Call, inmates shall remain in a single line behind the red line marked on the sidewalk.  Stopping of Staff Members is not permitted.

503 – 03    Housing Unit Rules

(1)  There shall be no fastening or hanging of pictures, posters or any other item directly to cell wall, windows, door, locker, furniture or ceilings, including air vents.

(a)  Pictures may be hung on a towel and the towel placed on the locker only.

(b)  No sexually explicit materials may be displayed within the confines of ECI.  This includes the hanging of

pictures or photographs within inmates' living quarters.

    (c)    Any sexually orientated material exhibited by the inmate population shall be confiscated as contraband and used as evidence in the adjustment proceedings.

(2)    There shall be no loud playing of radios and televisions. Inmates are to keep the volume at a minimum so they do not disturb other residents. Inmates who play their TV, radios, tape players, etc. between the hours of 11:00 p.m. and 7:00 a.m. must use earphones or earplugs.

(3)    It is the inmate's responsibility to close and lock his cell door, and turn off any electric appliance or lights upon entering and exiting.

(4)    Bedroom slippers / shower shoes shall not be worn outside the Housing Unit. No pajamas / robes may be worn in the day room.

(5)    Dressing on the tier is prohibited. Inmates taking showers must be modestly attired while on the tier. No excessive amount of clothing is to be carried.

(6)    No floor covering is permitted in the cells (i.e., towels, blankets, rugs) at any time, as this is a safety violation. The only exception is the use of religious prayer rugs for praying only.

(7)    Handkerchiefs / bandanas may not be worn as an item of clothing, with the following exception:

    (a)    Inmates registered as Native Americans (religious preference) may wear an approved olive green or Native American multicolored design bandana as a headband (religious headgear).
    (b)    Inmates must have written proof of their religious preference signed by the Chaplain on their person to wear the bandana as religious headgear.

(8)    Inmates are not allowed to pray or practice religion in the day room.

(9)    Inmates are limited to possession of two commissary items, one Game Boy and one game in the dayroom at any time. Adapters are not allowed in the dayroom. A shower bag shall be a commissary net bag only, no other container, apart from a drinking cup is to be taken into the dayroom.

(10)    Inmates shall be limited to two lockers, one desk, and one chair in each cell.

(11)    Inmates shall be limited to two sheets, one pillowcase, one pillow, and one mattress at any one time.

(12)    Inmate weekly linen exchange is mandatory. Inmates may be required to pay restitution for ripped/torn sheets.

(13)    Inmates are prohibited from cutting or braiding of hair in the recreation / gym / courtyard.

(14)    Paper rolls, dust rolls, or any other items placed in the vicinity of the cell door are forbidden.

(15)    There shall be no storing of Housing Unit sanitary equipment, supplies, or materials in cells. All cells shall be cleaned when, and as directed, by the tier officer.

(16)    Each inmate's area is to be neat and orderly, including all bunks being neatly made upon exiting the cell, and in a manner that allows the officer to view under the bunk. Inmates shall not hang any article on their bunk, or the supporting braces of the bunk, at any time.

(17)    There shall be no sitting on ping-pong or recreation hall tables, railings, stairways, or table seats. All chairs shall remain with all legs on the floor (i.e., no tipping). There shall be no climbing on the dayroom fence.

(18)    There shall be no noise after lights-out.

(19)    Cell furniture shall not be re-arranged or moved. Cell arrangement shall be as follows: on sink/toilet side shall be arranged as Locker - Desk - Locker and on cell door side shall be the bunk.

(20)    There shall be no clothes lines or other hanging items permitted to be run from, between, or across lockers or desk.

503 – 04    Dining Room Rules

(1)    Commissary items, extra clothing, books, magazines, etc., are not allowed in the dining room.  Schoolbooks are allowed when students arrive directly from the school area, but must be kept in the possession of the owner.

(2)    Inmates entering the dining area must display their ID and proceed through the line in an orderly fashion and obtain one set of eating utensils plastic fork and / or one drinking glass, prior to being seated.

(3)    Each inmate is required to receive the provided eating utensils, to have same in his possession at all times while the meal is in progress, and return same as directed.

(4)    There shall be no conversations with inmate dietary workers that will hamper the movement of the feed line.

(5)    All movement, seating, and exiting shall be directed by correctional officers.

(a)    All benches at each table shall be filled before seating begins at the next table in the row.
(b)    After being seated, inmates are not permitted to leave their seat except with an officer's permission.  Once seated, inmates are to sit facing the table at which they have sat.

(6)    There shall be no passing of food items from one table to another, while standing in line, or between the line and the seating area.  Additional rations of food not authorized shall be considered contraband and immediately confiscated.

(7)    No food shall be taken from the dining room after meals except that which has been previously authorized.  Any food taken shall be considered contraband and immediately confiscated.

(8)    Noise shall be kept to a minimum.  No shouting shall be permitted.

(9)    Hats, caps, sunglasses, and bandanas are to be removed when entering the dining room, during feed up, and replaced after exiting the dining room.  The only exception is authorized religious headgear.

503 – 05    Property Rules

(1)    No radio, TV or other appliances shall be allowed outside of your cell except a walkman type radio / CD / cassette player to the courtyard, or Game Boy and one game to the dayroom.

(2)    There shall be no items taken to / from work assignments other than necessary clothing or schoolbooks.

(3)    Property that is left unattended shall be considered abandoned and will be confiscated and secured in the property room.

(4)    Altered, damaged, or destroyed State issue clothing shall be confiscated and the inmate shall be required to pay for the item, and will be subject to an infraction.

(5)    No jewelry, handmade or otherwise is allowed, except as specified in OPS.220.0004.

(6)    Any appliance loaned or found in the possession of another inmate shall be confiscated, and not returned, unless previously reported stolen by the inmate owning the property.

503 – 06    Commissary Rules

(1)    Inmates shall be properly dressed; NO shorts, tank tops, sweat pants, etc.

(2)    No food items are to be consumed or exchanged in the Commissary, or on the walk back to the Housing Unit.

503 – 07    Recreation Rules

(1)    Athletic clothing such as sweat suits and shorts may be worn to the courtyard.  Shirts may be removed while in the courtyard, but must be worn to and from the courtyard.

(2)    Inmates violating Recreation Rules or any Rules shall be sent back to their unit and not allowed in the courtyard

/ gym for that day.

(3)   Conversations between inmates going to courtyard, or while in the courtyard, with inmates in the Housing Units, are prohibited.

(4)   Nothing may be carried to the courtyard except a walkman type radio /CD /tape.  Any other article found in an inmate's possession is a violation.

(5)   Any inmate requiring use of a knee brace or wrap for medical reasons must be prepared to show documentation of same, prior to entering the courtyard / gym.  Inmates on crutches must have written permission from medical to be in the courtyard or no courtyard / gym.

(6)   There shall be no kitchen whites allowed in courtyard / gym.

(7)   Clothing torn or altered so much that it is not useful for covering, shall be confiscated (i.e., shorts that show through to underwear, shirts that show chest or back).

(8)   There shall be no hanging from the basketball rim.

(9)   Inmates are not allowed to pray or practice religion in the courtyard / gym.

(10)   During normal gym periods, inmates must wear shirts in all areas of the gym.

(11)   There shall be no hard sole shoes / boots allowed in the gym during regular gym periods.

(12)   When inmates have entered the courtyard, the area between the gate and the first basketball court as marked, shall be kept clear of congregating inmates.  While courtyard is in progress, inmates shall be permitted to pass through this area only and are not permitted to loiter in this area.

(13)   Inmates are not permitted near the perimeter fence, or the areas painted red in between the microwave system. These areas are "Out of Bounds."

(14)   There shall be no formation of large groups (six or more inmates) other than engaging in sports events.

(15)   Inmates must turn in their ID for any gym equipment borrowed.  No ID, no equipment.

(16)   Inmates entering the weight room must stay in the room for the entire gym period, except that staff may allow an inmate to use the bathroom.  Inmates may not leave the weight room until the weight room officer has accounted for all equipment.

(17)   Only one inmate at a time is allowed in the bathroom.

(18)   During regular gym periods all inmates shall be confined to the gym area only.

(19)   During regular gym periods inmates are not permitted to sit on the bleachers.

(20)   During regular gym periods no inmates are allowed in the locker room; it is "Out of Bounds."

503 – 08   Dress Code

(1)   All areas – Dirty, torn or ragged clothing will not be allowed.  All shirts must be buttoned,  shoes fastened and pants are to be worn around the waist and not around the buttocks.

(2)   Dining Hall - Visiting Room, and Administration / Operations area – All inmates shall have socks, shoes, pants, and a shirt on when entering these areas.  No hats, pajamas, shorts, shower shoes, underwear articles, sweat pants, or radios shall be allowed.  Religious headgear, in accordance with DOC.140.0001, Religious Services Manual, shall be allowed.

(3)   Recreation Hall / Shower Area – Underwear is permitted in the Recreation Hall only when changing your clothes.  Nudity is not permitted in the Recreation Hall.  Nudity shall only be allowed in the shower and shower drying areas and in the bathrooms, as necessary, to take care of bodily functions and maintain cleanliness. Shorts shall be permitted

(4)   In the Institution – All inmates leaving the Housing Unit shall be properly dressed for their job assignment,

visit, medical, social work, classification, etc.

503 – 09    Inmate Counts and Bar Checks

    (1)    Cell windows, doors, lights, and air vents shall not be covered or blocked in any manner, unless specifically authorized by the Administration, or upon medical orders.

    (2)    During institutional count, all inmates shall be in their assigned cells or area, and on their assigned bunk.

    (3)    During a stand-up count, inmates shall be standing in plain view with their ID available for further identification.

    (4)    All inmates shall be physically visible during institutional counts.

    (5)    During bar check, inmates shall be on their assigned bunk at all times.

503 – 10    There shall be no disorderly conduct within the institution.

503 – 11    There shall be no military drills or exercises in the martial arts (i.e., Karate), shadow boxing, or wrestling at any time.

503 – 12    Physical exercise is limited to those areas specifically provided (i.e., Courtyard, Gymnasium).

503 – 13    There shall be no hoarding or accumulating of any authorized items or articles beyond the limits established by OPS.220.0004.

503 – 14    There shall not be any yelling or conversing of any kind into or out of any exterior cell windows, to anyone exercising in the segregation yard, from Housing Unit to Housing Unit, compound to compound, or across the compound.

503 – 15    Inmates may play guitars, or other institutionally provided musical instruments, only in their cells or in designated appropriate areas.  No playing of musical instruments between the hours of 11:00 p.m. and 7:00 a.m. is allowed.

503 – 16    Inmates leaving the dining room, Housing Units, or any other areas are not permitted to feed the birds and / or any other animals.

503 – 17    America's VetDogs Program

    (1)    Inmates are not permitted tease, provoke, antagonize, holler/whistle/yell at the dog, or handle the dog in any manner while inside the Housing Unit or any other area of the institution.  Inmates are prohibited from throwing/tossing any article at the dog in any manner.

II.    Violation of Rules 503-05 (1) & (2) the following sanctions may be adhered to:

    (1)    First Infraction – Inmate may be counseled and reprimanded with a warning that more severe sanctions may be imposed on the future violations.

    (2)    Second Infraction – Radio, tape player, typewriter and/or TV may be confiscated for a period of sixty days.

    (3)    Third Infraction – Radio, tape player, typewriter and/or TV may be confiscated and mailed home at the inmate's expense, and lose privilege or ownership of respective item at ECI.

III.    It is your responsibility to learn and follow all Division of Correction and ECI rules.

Maryland Department of Public Safety And Correctional Service
EASTERN CORRECTIONAL INSTITUTION
**Allowable Inmate Property**

## CLOTHING

| | |
|---|---|
| Belt, max 2" buckle $20. no logos, insignia or designs | 1 |
| Coat, Jacket – State issued | 1 |
| Footwear (any combination, max 2: heel, 8: high boots, athletic shoes, shower shoes, slippers, sandals, shoes)-no battery-powered or pump-type tennis shoes or metal in shoes - $100 per pair (MCE commissary sales only) | 4 |
| Handkerchiefs, white only, max size 16" x 18" | 6 |
| Hat (knit style), white or gray, $10. each | 1 |
| Hat (baseball style hate), no logos, $10. each | 1 |
| Hat (stretch nylon type) (do rag) white only | 2 |
| Pajamas, sets, $20. | 2 |
| Rain poncho or raincoat (clear), $15. | 1 |
| Shirts including sweatshirts - State issued (combined total) | 6 |
| Shorts, athletic (no cargo pockets), white or gray, $25. each | 4 |
| Shower robe, $20. | 1 |
| Socks, pair, $4.00 per pair | 9 |
| Special work clothing | as permitted |
| Thermal underwear (set) $15. each | 2 |
| Trousers, pants – State issued | 4 |
| Sweat pants/leisure-style pants (no military striping, no excessive holes or tears; no more than four pockets and a watch pocket; no cargo pockets, no extra snaps, fasteners or zippers) $50. each (combined total) | |
| Undershirts/tee-shirts, $4.00 each, short sleeve, no sleeveless or tank tops (plain white) | 8 |
| Underpants, $4.00 each, boxers/briefs (or any combo) | 8 |

## JEWELRY AND PERSONAL ACCESSORIES

| | |
|---|---|
| Combination lock (as necessary) | 2 |
| Religious articles (Bible, Koran, etc.) | |
|     Jewelry $25. | 1 |
|     Clothing | 3 |
|     Other | 4 |
| Ring, wedding - $75. Plain, no stones | 1 |
| Shoe/boot laces (spares) | 1 pack |
| Shoe polish - no wax | 1 |
| Shoeshine brush | 1 |
| Shoeshine cloth | 1 |
| Sunglasses (no wraparound or mirrored) (commissary only) | 1 |
| Trash can - max 3 gallons (plastic or fiberglass only) | 1 |
| Wristwatch 2/bands - $50. (basic functions/time/stopwatch/alarm) | 1 |

## APPLIANCES AND ACCESSORIES

| | |
|---|---|
| Alarm clock, clear case, battery or wind-up only, $15. (no clock radios) | 1 |
| Antenna, TV (as needed) | 1 |
| Batteries, (to include watch battery, plus one additional set) | as required |
| Beard and mustache trimmer (cordless, battery-operated, plastic clipper attachment), commissary or catalog – clear case | 1 |
| Book lights, clip-on, clear $15. battery operated | 1 |

| | |
|---|---|
| Calculator (pocketsize – battery only) $10. | 1 |
| Cassette tapes, compact discs commercially recorded, factory-sealed, any combination (NO DVD) | 8 |
| Surge Protector – 6 or less outlets, 9 ft. max cord based on need, no power strips; UL approved. | 1 |
| Fan, where electrical system allows or battery-operated – commissary only – max 8" plastic (clear only). | 1 |
| ***Play Station Console (new or re-furbished), or X-box for inmates with authorized televisions only; or Hand Held Game System –Stationary or Game Boy Type; or accessories except AC adapter; $375, clear case if available; Items may not have Internet, Ethernet or Wi-Fi capacity. | 1 |
| ****Game Cartridges, $50. Each. (Permissible rating: "E" for everyone, and "T" for Teen games, "M" for Mature from approved list only). | 6 |
| Electronic Dictionary (Item may not have Internet, Ethernet, Wi-Fi or expandable memory capability) clear case if available | 1 |
| Headphones (clear) $25. | 1 |
| Play Station or Xbox –Controller | 2 |
| Play Station or Xbox – Memory Card | 1 |
| Play Station or Xbox – Adapter (proper adapter for T. V.) | 1 |
| Radio, AM or AM/FM, Walkman/MP3 type (clear case only) with or w/o cassette or compact disc, or headset (No recording capability or detachable speakers) - $75. **Prior to March 1, 1998**: maximum dimensions 22" L (left to right) x 12" W (front to back) x 10" H (top to bottom) **After March 1, 1998**: Walkman type only. **After November 1, 1998**: clear case only | 1 |
| Television or TV/AM/FM radio combo (15" max. screen) $350, **After November 1, 1998**: clear case type only with or, **after September 1, 2015**, flat panel (clear or black trim) with or without remote | 1 |
| Converter Box for television or TV/AM/FM radio combo must be clear case type only - **$70** | 1 |
| Remote (clear) | 1 |
| Typewriter (portable/manual or electric with word processing capabilities – catalog sales only, no detachable monitor or disk capabilities - $350, After May 4,2010: clear case type only. | 1 |
| Other accessories for appliances (e.g. typewriter ribbon, earphone extensions, AC appliance adaptors, coax connectors (as permitted). No universal adaptors | 1 |
| **MISCELLANEOUS** | |
| Air freshener, solid | 2 |
| Comb – Flexible Plastic (6 inch or less bush pick or regular) | 1 |
| Drinking cup clear only (non-facility – 16 oz. max) | 1 |
| Hair brush plastic – Commissary only | 1 |
| Laundry soap (Liquid/Powder/Solid determined by Warden) | 2 |
| Vitamins – Multiple (container) No amino or creatine type supplements | 1 |
| Mirror- Flexible plastic only | 1 |
| Nail clipper (small) (Personal/loaned at Warden's Discretion) | 1 |
| Over the counter Meds - includes: | |
| Antacid (pack); Cough drops (bag); Acne medication (container); Antihistamine (pack); Mild laxative (tablet form) Topical analgesic (container); Topical antifungal - any brand with a maximum of 2 percent main ingredient cream (container); Oral analgesic (pack) Rectal suppositories/ointments (pack) | 8 |
| | **Total in any combination** |

| | |
|---|---|
| Razor (disposable only) (Issued/loaned at Warden's discretion) | 2 |
| Roach/Ant motel (If available on Commissary form) | 3 |
| Calendar Wall (8.5" x 11") or pocket | 1 |
| Soap dish (plastic) | 1 |
| Toothbrush (Disc. Seg. flexible only) | 2 |
| Toothbrush Holder or Cap (Facility Specific) | 1 |
| **HYGIENE ITEMS - NO GLASS.  CLEAR SUBSTANCES OR CONTAINERS ONLY** | |
| Soap | 2 |
| Body Wash | 2 |
| Tooth Paste | 1 |
| Deodorant ; (non-flammable, non-aerosol) | 1 |
| Hair Care | 1 |
| Other Hygiene items not listed but sold in commissary include: aftershave lotion, bunion and callus pads (box), Chap stick, contact lens cleaner, contact lens solution (if approved), cotton swabs (box), dental flossing instruments with floss less than 3", dental loops, denture adhesive denture cleaner, deodorant (non-flammable, no aerosol), eye wash, hair conditioner, hair dressing, mouthwash, shampoo, shaving cream (non-aerosol), skin cream or lotion (no baby oil), soap, talcum powder, toothpaste | 1 |
| **Number permitted for EACH item listed as Other Hygiene:** | |
| **Total permitted for all Hygiene Items Combined:** | 25 |
| Toilet paper rolls | 3 |
| **STATIONERY ITEMS** | |
| Approved extension course material | as required |
| Binder (notebook/no metal) | 1 |
| Books and papers (personal, legal, etc.); Magazines & Newspapers – 4 total max. by subscription; Legal CD/DVD. – Maximum of 1.5 cu ft. (e.g. 12" x 12" X 18") | 1.5 cu. ft. |
| Books, school | as required |
| Greeting cards | as approved |
| Pens (ballpoint) - plastic refills only or flair). Disc. Seg – Flexible only. | 4 |
| **Number permitted for Each Item:** | |
| Photo album (no metal) | 1 |
| Photograph w/plastic frame | 1 |
| Postage stamps/stamped envelopes | 20 |
| Ruler, plastic – Flexible only | 1 |
| Scotch tape, rolls | 2 |
| Writing paper tablets (no metal) | 2 |
| **LINEN ITEMS** | |
| Laundry bag (Commissary Only) | 2 |
| Personal sheets and pillow cases – 1 set as permitted. No white or banned colors (self-laundered only) | 1 |
| Towels, hand or bath | 6 |
| Washcloths | 4 |
| **RECREATIONAL MATERIALS** | |
| Art brushes (storage to be determined by facility) | 5 |
| Art sets (chalk/water colors/charcoal coloring pencils/non-toxic) where permitted - commissary only. | 1 Set |
| Board games/Dominoes (no dice) - $20. | 1 |
| Chess set (flexible preferred) - $20 | 1 |

| | |
|---|---|
| Guitar (no electric), $150. with or without case | 1 |
| Guitar strings, exchange only | exchange |
| Harmonica, $25. with case | 1 |
| Jigsaw puzzles (must fit available inmate personal storage) | 2 |
| Playing cards | 2 |
| Support belt/athletic supporter | as required |

**MEDICAL ITEMS**

| | |
|---|---|
| Dentures and container | as prescribed |
| Eyeglasses/contact lenses and case | as prescribed |
| Other items (braces, etc.) elastic joint support, other medical items or equipment | as prescribed |
| Prosthetics | as prescribed |

**FOOD/DRINK ITEMS – NO GLASS CONTAINERS**

| | |
|---|---|
| Beef jerky | 6 |
| Candy, bags | 5 |
| Candy bars | 24 |
| Packaged meals (tuna fish/soup, potted meat); No cans or foil; sealed packets only.   **Combined Total:** | 15 |
| Cereals | 2 |
| Coffee, Hot Chocolate individual packs | 24 |
| Crackers/cookies/cakes (boxes) - combined total | 3 |
| Creamer - non-dairy (50 pack box) | 2 |
| Instant drinks (containers) | 5 |
| Potato chips/popcorn/pretzels/nuts   **Combined Total:** | 8 |
| Pudding (packages) | 2 |
| Soft drinks/juice (case of 24 or as permitted) – No cans, Plastic only | 1 |
| Soup noodles | 14 |
| Spreads – condiments/mayo/honey/cheese/jelly   **Combined Total:** | 6 |
| Sweetener (box) | 1 |
| Tea bags – box | 1 |
| Plastic bowl (1 quart maximum) | 1 |
| Plastic fork and spoon ( 1 pack commissary only) | 1 |

**NOTES:**

Dollar figures represent maximum permissible values. Any items above these value amounts are not allowable.

Any item not clearly approved by this document or not made available through the commissary is prohibited.

ECI uses inmate uniforms so personal articles of the following clothing items are not allowable: shirts, shorts, and coats. Clothing is supplied through State issue or MCE commissary sales. Hoods are prohibited.

You are not allowed to have colors of outer wear or any type of clothing that conflicts with security or that could be construed as a uniform, military or medical, etc. No logos, writing, insignia or appliqués except a professional sports or college logo, a manufacturer's logo, or an institutional logo when supplied by the institution.

Clear case is described as: transparent, may be colorless or tinted (internal components must be visible.

Personal Photos: You may possess photographs as long as they are not detrimental to personal safety or security. A personal photograph is defined as a photograph, either individual prints or copies, intended for individual viewing as opposed to a photograph published for commercial use. Nude or sexually suggestive photos in which the subject is partially or completely nude or depicts sexual acts such as intercourse, fellatio or sodomy, are not permitted and shall not be retained, received or possessed.

***    Effective 12/13/16:

X-Box 360 and PlayStation 2 - may only be purchased from Walkenhorst, Game Dude or Estarland with Wi-Fi capability disconnected. (NOTE: Inmates ordering these items are at the risk of having the warranty voided. PlayStation 2 must have controllers with cords (wireless controllers are unauthorized).
MP3 Players (Walkenhorst model #38428-918 only) with pre-loaded music (this model does not have a USB port).
MP3 players with USB ports shall be confiscated and inmates shall be permitted to order the approved model.
USB cords/cables are deemed as contraband with the exception of the X Box 360 controller cord which only attaches to the console and the controllers, other cords or cables shall be confiscated. An inmate found to possess an unauthorized USB cord or cable shall be charged with possession of contraband and have the e inmate's electronic devices confiscated and sent home at the inmate's expense. The inmate shall lose the privilege to possess any of the above electronic items for an indefinite period.

****    Security Operations shall maintain and distribute a list of "M" for "Mature" rated game cartridges that an inmate may possess.

**An inmate may not possess an audio or video appliance, in any combination, that has Ethernet, Internet or WiFi connectivity regardless of the type of case.**

An inmate may not possess a flash drive or similar media storage device. This equipment shall be confiscated and the inmate may decide that the item is to be:

(a)    Mailed to inmate's home address on record at the inmate's expense;
(b)    Donated to the facility; or
(c)    Destroyed under provisions for handling and disposition of property.

Electric typewriters are authorized only at facilities that have the electrical capacity or capability to accommodate the item.

Attachment 1 to DCIB #03-07

## Methicillin-Resistant *Staphylococcus aureus* (MRSA) Fact Sheet

### What is MRSA?

Staphylococcus aureus, often referred to as "staph," is a common type of bacteria that is found on the skin and in the nose of health person.  Staph bacteria may cause minor skin infections such as boils or more serious infections such as pneumonia and blood poisoning.  Certain staph bacteria that have become resistant to first-line antibiotics are called MRSA.  MRSA infections are more difficult to treat, but usually response to antibiotic therapy.  MRSA is NOT the "flesh-eating" bacteria.

### How is MRSA spread from person to person?

MRSA is usually spread through direct physical contact with an infected person, but may also be transmitted through contact with contaminated objects or surfaces.  MRSA is not spread by coughing unless the infected person has pneumonia.

### How can I prevent becoming infected with MRSA?

- Wash your hands thoroughly with soap and water throughout the day, particularly every time you use the toilet and before every meal.

- Never touch another person's wounds, infected skin, or dirty bandages.

- Maintain excellent personal hygiene through regular showers and by keeping your living space clean, including the regular laundering of your bed linens.

- Don't ever share personal hygiene items with others, including toiletries and towels.

- Clean off recreational equipment such as weight benches before direct contact with your body or use a clean barrier such as a towel or shirt between your bare skin and exercise equipment.

- Shower after participating in close-contact recreational activities whenever possible.

- Don't ever get a tattoo while in prison, use injection drugs, or have sexual contact with other inmates.

### How does a person know he or she has a MRSA infection?

Swabbing or aspirating pus from a skin infection is the most common way to detect MRSA.

### Can MRSA be treated?

Strong antibiotics are usually effective in treating MRSA.  Serious or highly resistant MRSA infections may require intravenous (IV) antibiotics in the hospital.  Always seek medical attention if you develop a boil, red or inflamed skin, or a sore that does not go away that may look like an insect or spider bite.

ECI Inmate Orientation Handbook East West

EASTERN CORRECTIONAL INSTITUTION
INMATE VISITOR CHANGE LIST

DATE:_____

NAME: _____ I.D. NUMBER: _____ HOUSING UNIT: _____

ADD THE FOLLOWING NAMES TO MY VISITOR'S LIST:

| NAME OF VISITOR | VISITOR'S COMPLETE ADDRESS | RELATIONSHIP |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

INMATE SIGNATURE: _____

---

INMATE RETURN SHEET

FILL IN THE SAME INFORMATION AS ABOVE SO THAT IT WILL COINCIDE WITH THE TOP LIST FOR YOUR RECEIPT:

DATE:_____

NAME: _____ I.D. NUMBER: _____ HOUSING UNIT: _____

ADD THE FOLLOWING NAMES TO MY VISITOR'S LIST:

| NAME OF VISITOR | VISITOR'S COMPLETE ADDRESS | RELATIONSHIP |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |
| 15. | | |

PLEASE DELETE THE FOLLOWING NAMES FROM MY VISITOR'S LIST

| NAME OF VISITOR | VISITOR'S COMPLETE ADDRESS | RELATIONSHIP |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

INMATE SIGNATURE: _____ SEC/OFC. SIGNATURE: _____

ECI Worksheet 195-1-1aR (3/04)

 GLOBAL TEL* LINK

## INMATE V-PIN AND PRIVATE CODE REGISTRATION INSTRUCTIONS

Pick up the handset and follow the below steps to register for VPIN and establish your four digit private code:

1. Dial 1 for English or 2 for Spanish
2. Dial the number 111 to begin registration
3. Enter your 7 digit SID number
4. Say your first and last name
   - Speak directly into the phone
   - Speak in a clear and natural voice
   - You will have 5 seconds to say your name
5. Please confirm your first and last name by restating them after the tone
   - Speak directly into the phone
   - Speak in a clear and natural voice
   - You will have 5 seconds to say your name
6. If your VPIN registration is successful, your name will be repeated back to you
   - If you get a message that your voice did not match, do not hang up.  You will be asked to restate your name up to 3 times.
   - If you did not successfully register after your 3rd attempt, you will hear, "Your voice or name did not match. Please try you call again. Good bye."  The system will hang up.
7. You will be prompted to register your secure 4 digit private code.  Enter your 4 digit code on the telephone keypad
   - You will need to remember this code when making future calls!
   - Please don't share this code with anyone
8. You will hear, "You entered (your private code number)". Press 1 to confirm. Otherwise, press 2.
   - You will hear, "Your 4 digit code is registered"
   - If your code becomes compromised, please dial 112 to reset.

## DIALING INSTRUCTIONS

1. Pick up phone.  For English press 1, for Spanish press 2.
2. For a collect call press 0
3. To make a debit call press 1
4. Enter the 10 digit phone number you attempting to call
5. Enter your 7 digit SID number
6. Say your first and last name
7. Enter your 4 digit private code