# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEITH A. WASHINGTON<br>STACEY WASHINGTON, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 8:20-cv-01932-PX |
| GLOBAL TEL*LINK CORP. *et al.*, | * | |
| Defendants. | *<br>*** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of August, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion, construed as one for Summary Judgment (ECF No. 31), filed by Defendants Global Tel*Link Corp., Garth Johnson, Parkhurst ("Defendants") BE, and the same hereby IS, GRANTED;

2. The Clerk is DIRECTED to enter Judgment in Defendants' favor on all claims;

3. The Clerk is further DIRECTED to CLOSE this case, and TRANSMIT copies of this Memorandum Opinion and Order to the parties.

8/24/2022　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paula Xinis
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge